1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  MATTHEW A. STRATTON (SBN 254080)
   mstratton@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA  94111
   Telephone:    (415) 354-0100
5  Facsimile:    (415) 391-7124
6
7  Attorneys for Plaintiff
   INTEL CORPORATION
8

**FILED**

OCT 2 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PVT**

9          IN THE UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 5085

11  INTEL CORPORATION, a Delaware      Case No.
12  corporation,

13              Plaintiff,             **COMPLAINT FOR DAMAGES AND
                                       INJUNCTIVE RELIEF**
14
        vs.
15
    AMERICAS NEWS INTEL PUBLISHING,
16  LLC, a Florida limited liability company,

17              Defendant.

18

19

20      Plaintiff Intel Corporation ("Intel") alleges as follows:

21      1.      This action arises from unauthorized use of the trade name AMERICAS NEWS INTEL

22  PUBLISHING and the marks LATIN INTEL and LATIN INTEL TRADE CENTER by defendant

23  Americas News Intel Publishing, LLC ("Americas News Intel").

24      2.      By using a trade name and trademarks that wholly incorporate and emphasize the world

25  famous INTEL® trademark, Americas News Intel has caused and is likely to continue to cause

26  confusion that Intel is the source or sponsor of Americas News Intel's services, or that there is an

27  association between Intel and Americas News Intel.  In addition, Americas News Intel's acts are

28  causing, and/or likely to cause, dilution of the INTEL® trademark.  Consequently, Intel seeks

-1-

1  injunctive relief and damages under the federal Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the

2  California Business and Professions Code, and the common law doctrines of passing off and unfair

3  competition.

4  **I.    JURISDICTION**

5       3.    This Court has personal jurisdiction over Americas News Intel because, on information

6  and belief, it conducts or has conducted business, as well as advertised and promoted its goods and

7  services, in the State of California and within this judicial district, and the effects of those acts have

8  been felt in this district.

9       4.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

10  §§ 1331, 1332, 1338 and 1367. Intel's claims are, in part, based on violations of the Lanham Act, as

11  amended, 15 U.S.C. §§ 1051, *et seq.* The Court has jurisdiction over the state law claims pursuant to

12  28 U.S.C. §§ 1332, 1338(b), and 1367.

13  **II.    INTRADISTRICT ASSIGNMENT**

14       5.    This is an intellectual property action and therefore shall be assigned on a district-wide

15  basis per Civil L.R. 3-2(c).

16  **III.    THE PARTIES**

17       6.    Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

18  Mission College Boulevard, Santa Clara, California. Intel offers a wide variety of goods and services,

19  which are sold worldwide and throughout the United States, including in the Northern District of

20  California.

21       7.    Upon information and belief, Defendant Americas News Intel is a Florida limited

22  liability company with its principal place of business at 4055 Eagle Street, Suite 302, San Diego,

23  California, and offers consulting services and newsletter subscriptions on business, economics, travel

24  and politics in Mexico under the trade name AMERICAS NEWS INTEL PUBLISHING and the

25  trademarks LATIN INTEL and LATIN INTEL TRADE CENTER. Americas News Intel promotes its

26  services on the World Wide Web at the addresses http://www.latinintel.com and http://latinintel-

27  tc.com. Upon information and belief, Americas News Intel targets consumers nationwide over its

28  website, including consumers in California, and has consumers in this state. Furthermore, Americas

-2-

1  News Intel's website states in connection with its newsletter subscription service that "executives from

2  more than half of the Fortune 500 are among our readers."

3  **IV.    INTEL'S BUSINESS AND MARKS**

4      8.      Intel is a world-famous company that develops, manufactures and sells a wide variety of

5  computer, communications and Internet-related products and services.  Intel's customers include

6  individual consumers, businesses, schools, and the government.

7      9.      For 40 years, Intel has used INTEL as a trade name, trademark and service mark to

8  identify virtually its entire line of products and services.  INTEL is one of the most valuable, respected

9  and famous names and trademarks in the world.  Indeed, in 2009, the INTEL brand was ranked ninth

10  in the world in Interbrand's Best Global Brands survey, with an estimated value of $30.6 billion.

11      10.     Intel technology is ubiquitous.  As the world leader in silicon innovation, Intel creates

12  products and technologies that have become essential parts of governments, businesses, schools, and

13  homes everywhere, including in such countries as Mexico, where for example Intel maintains a design

14  center in Guadalajara.  Intel's performance is frequently cited as a bellwether of the business economy

15  both domestically and abroad.

16      11.     Intel uses INTEL as its "house mark" on or in connection with virtually every product

17  and service it sells.  In 2008 alone, Intel sold over $37.5 billion of INTEL branded products and

18  services.

19      12.     Intel is the owner of numerous U.S. trademark registrations for the mark INTEL,

20  including the following:

21          a.   Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued

22  on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with

23  integrated circuits, registers and semiconductor memories and equipment for the testing and

24  programming thereof.  These registrations, duly and legally issued by the United States Patent and

25  Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

26  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these

27  registrations are attached hereto as Exhibits A and B.

28

-3-

1          b.   Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

2    1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

3    memories.  This registration, duly and legally issued by the United States Patent and Trademark

4    Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

5    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

6    attached hereto as Exhibit C.

7          c.   Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

8    14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

9    microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark

10   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

11   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

12   attached hereto as Exhibit D.

13         d.   Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

14   December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

15   manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

16   technology and semiconductor devices.  This registration, duly and legally issued by the United States

17   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

18   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy

19   of this registration is attached hereto as Exhibit E.

20         e.   Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

21   October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

22   note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

23   and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

24   balls, golf tees and golf ball markers.  This registration, duly and legally issued by the United States

25   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

26   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy

27   of this registration is attached hereto as Exhibit F.

28

1           f.   Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

2  October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

3  gym bags and carry-on bags; towels, and clothing.  This registration, duly and legally issued by the

4  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

5  U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

6  1111.  A copy of this registration is attached hereto as Exhibit G.

7           g.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

8  1998, for the mark INTEL for use in connection with, among other things, computer operating system

9  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

10  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

11  accelerators, video processors, computer hardware and software for the development, maintenance, and

12  use of interactive audio-video computer conference systems, and computer hardware and software for

13  the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and

14  legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

15  pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant

16  to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit H.

17           h.   Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

18  October 6, 1998, for the mark INTEL for use in connection with, among other things, printed

19  materials, namely, books, magazines, newsletters, journals, operating manuals, users guides,

20  pamphlets, and brochures about, for use with and directed to users of, computer operating system

21  software; computer operating programs; computer system tools; computer application software;

22  computer hardware; computer components; integrated circuits; microprocessors; computer memory

23  devices; video graphic accelerators; multimedia accelerators; video processors; and fax/modems.  This

24  registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

25  subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

26  with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

27  Exhibit I.

28

-5-

1       i. Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

2    1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

3    necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and

4    legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

5    pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

6    to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

7       j. Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

8    1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

9    tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

10   paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

11   organizers. This registration, duly and legally issued by the United States Patent and Trademark

12   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

13   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

14   attached hereto as Exhibit K.

15      k. Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

16   1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

17   beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the

18   United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

19   U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

20   1111. A copy of this registration is attached hereto as Exhibit L.

21      l. Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

22   1999, for the mark INTEL for use in connection with T-shirts, shirts, jackets, headwear, hats, polo

23   shirts, and infant rompers. This registration, duly and legally issued by the United States Patent and

24   Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the

25   notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

26   registration is attached hereto as Exhibit M.

27      m. Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

28   July 13, 1999, for the mark INTEL for use in connection with toys, dolls, bean bags, and Christmas

1  tree ornaments. This registration, duly and legally issued by the United States Patent and Trademark

2  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

3  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

4  attached hereto as Exhibit N.

5      n. Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

6  September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles. This

7  registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

8  subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

9  with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

10  Exhibit O.

11      o. Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

12  April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

13  computer hardware, software for use in operating and maintaining computer systems, microprocessors,

14  integrated circuits, computer chipsets, computer motherboards, computer graphics boards, and

15  computer networking hardware. This registration, duly and legally issued by the United States Patent

16  and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses

17  the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

18  registration is attached hereto as Exhibit P.

19      p. Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

20  2001, for the mark INTEL for use in connection with, among other things, computer hardware and

21  software for use in imaging and photographic applications. This registration, duly and legally issued

22  by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

23  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

24  § 1111. A copy of this registration is attached hereto as Exhibit Q.

25      q. Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

26  2002, for the mark INTEL for use in connection with, among other things, computer hardware

27  installation and repair services; arranging and conducting educational conferences and seminars in the

28  fields of computers, telecommunications, and computer networking, and distributing course materials

-7-

1  in connection therewith; development, publishing and dissemination of educational materials in the

2  fields of computers, telecommunications and computer networking for others; interactive and non-

3  interactive computer education training services; providing information via global computer network

4  in the fields of education and entertainment; provision of interactive and non-interactive electronic

5  information services on a wide variety of topics; development of local and wide area computer

6  networks for others; computer web site design services; computer software design for others;

7  development of interactive and non-interactive web pages for the global computer network for others;

8  providing on-line newspapers, magazines, instructional manuals in the fields of technology,

9  entertainment, education and business; and development, maintenance, and provision of interactive and

10  non-interactive electronic bulletin boards services in the fields of entertainment and education.  This

11  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

12  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

13  § 1111.  A copy of this registration is attached hereto as Exhibit R.

14          r.    Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

15  2003, for the mark INTEL for use in connection with, among other things, installation, repair,

16  maintenance, support and consulting services for computer-related and communications-related goods;

17  providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the

18  fields of computer and information technology; and designing and developing standards for others in

19  the design and implementation of computer software, computer hardware and telecommunications

20  equipment.  This registration, duly and legally issued by the United States Patent and Trademark

21  Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant

22  to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit S.

23          s.    Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

24  December 13, 2005, for the mark INTEL for use in connection with, among other things,

25  semiconductor and microprocessor cartridges; internet and web servers; internet and web caching

26  servers; wireless and remote computer peripherals; computer hardware and software for enabling web

27  portals; computer hardware and software for digital encryption, identification and certification;

28  computer hardware and software to enable remote encrypted networking; computer hardware and

1    software to enable secure data transmission via networks, the internet and world wide web; and

2    computer consultation services, namely, web design and development services.  This registration, duly

3    and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

4    the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

5    registration is attached hereto as Exhibit T.

6              t.   Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August

7    29, 2006, for the mark INTEL for use in connection with telecommunication services, namely,

8    electronic and digital transmission of data, documents, audio and video via computer terminals.  This

9    registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

10   subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

11   § 1111.  A copy of this registration is attached hereto as Exhibit U.

12             u.   Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

13   November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting

14   services.  This registration, duly and legally issued by the United States Patent and Trademark Office,

15   is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

16   U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit V.

17             13.   In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

18   owns a large family of marks that incorporate INTEL as a prominent component of the mark.  For

19   example, in 1991, Intel developed and launched a cooperative advertising and licensing program

20   referred to as the "Intel Inside® Program."  As part of this program, Intel licensed the INTEL mark to

21   PC manufacturers to communicate to the end customer that the manufacturers' products, such as

22   personal desktop computers, laptop computers and workstations, were designed with genuine Intel

23   microprocessors.  Among Intel's many thousands of OEM ("Original Equipment Manufacturers")

24   licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard,

25   IBM, and Sony.  Intel's OEM licensees have sold many billions of dollars worth of computer products

26   bearing the INTEL marks.  The combined advertising expenditure by Intel and Intel's licensees under

27   the INTEL mark has averaged over one billion dollars for each of the last few years.  Through

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  extensive advertising and promotion by Intel and its licensees, advertisements reflecting the INTEL

2  mark have most likely created billions of impressions.

3      14.   Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

4  mark, including Reg. No. 1,705,796 and Reg. No. 2,179,209.  Copies of these registrations are attached

5  hereto as Exhibits W and X.

6      15.   Intel owns many other U.S. trademark registrations for its family of INTEL formative

7  marks.  These include:  INTEL SPEEDSTEP, INTEL XSCALE, INTEL NETMERGE, INTEL

8  NETBURST, INTEL NETSTRUCTURE, INTEL CORE and INTEL VPRO.  Copies of these

9  registrations are attached hereto as Exhibits Y through GG.

10     16.   Intel is also the owner of several California trademark registrations for the mark INTEL

11  (CA Reg. No. 63565; CA Reg. No. 94220; CA Reg. No. 94221).  Copies of these registrations are

12  attached hereto as Exhibits HH through JJ

13     17.   Through its extensive use, Intel also owns common law trademark rights in INTEL and

14  its family of INTEL formative marks, for all of the goods and services and activities identified herein.

15     18.   Intel maintains an Internet site on the World Wide Web at the address

16  http://www.intel.com.  Intel has used its trade name and trademark as an Internet address in order to

17  make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

18  Intel's web site features the INTEL marks and many other INTEL composite marks.

19     19.   As a consequence of the extensive sales, advertising, promotion, and use of the INTEL

20  and INTEL formative trademarks, Intel has developed enormous recognition for its products and

21  services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and

22  tremendous goodwill under the mark.  The INTEL mark is world renowned, and is a "famous" mark

23  for purposes of 15 U.S.C. § 1125(c)(1).

24  **V.    AMERICAS NEWS INTEL'S BUSINESS**

25     20.   Intel is informed and believes that Americas News Intel offers for sale consulting

26  services and newsletter subscriptions on business, economics, travel and politics in Mexico.  Intel is

27  informed and believes that Americas News Intel offers and provides its services in the State of

28  California.

21.     The AMERICAS NEWS INTEL PUBLISHING trade name and the LATIN INTEL and LATIN INTEL TRADE CENTER trademarks wholly incorporate and emphasize the INTEL trademark, adding only generic and non-distinctive terms that describe the services offered by Americas News Intel.  Specifically, the terms "AMERICAS", "NEWS", "PUBLISHING", "LATIN", and "TRADE CENTER" all describe how defendant is publishing Latin business news to American people.  "INTEL" is the only distinctive element in defendant's name and marks, and is identical in sight and sound to the world famous INTEL trademark.

22.     Despite Intel's numerous attempts to resolve the dispute amicably, Americas News Intel has persisted in using the AMERICAS NEWS INTEL PUBLISHING trade name and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, leaving Intel no choice but to file this Complaint.

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

23.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 22 of this Complaint.

24.     Upon information and belief, Americas News Intel was aware of Intel's business and its INTEL mark prior to the adoption and use of the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks.

25.     Americas News Intel either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to Americas News Intel's adoption and use of the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks.

26.     Americas News Intel is using the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, in connection with the sale of its products and services without consent, and with knowledge of Intel's rights.

27.     Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks falsely indicates to consumers that Americas News Intel's products and services are in some manner

-11-

1    connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods and

2    services of Intel and Intel's licensees.

3        28.    Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL

4    PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, is

5    also likely to cause consumers to be confused as to the source, nature and quality of the products and

6    services Americas News Intel is promoting or selling.

7        29.    Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL

8    PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks in

9    connection with the sale of its products and services allows, and will continue to allow, Americas

10   News Intel to receive the benefit of the goodwill established at great labor and expense by Intel and to

11   gain acceptance of Americas News Intel's goods and services, not based on the merits of those goods

12   or services, but on Intel's reputation and goodwill.

13       30.    Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL

14   PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks in

15   connection with the sale of its goods and services deprives Intel of the ability to control the consumer

16   perception of the quality of the goods and services marketed under the INTEL mark, and places Intel's

17   valuable reputation and goodwill in the hands of Americas News Intel, over which Intel has no control.

18       31.    Americas News Intel has caused confusion and is likely to cause further confusion, or to

19   cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

20       32.    Intel has been, is now, and will be irreparably injured and damaged by Americas News

21   Intel's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its

22   name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate

23   remedy at law.

24                          **SECOND CAUSE OF ACTION**
                          **FALSE DESIGNATION OF ORIGIN**
25                              **(15 U.S.C. § 1125(A))**

26

27       33.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

28   1 through 32 of this Complaint.

-12-

34.     Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, falsely suggests that its products and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

35.     Intel has been, is now, and will be irreparably injured and damaged by Americas News Intel's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

### THIRD CAUSE OF ACTION
### FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(C))

36.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 35 of this Complaint.

37.     The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

38.     Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, began after Intel's mark had become famous.

39.     Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark. Americas News Intel's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.  Americas News Intel's acts have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

40.     Intel has been, is now, and will be irreparably injured and damaged by Americas News Intel's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its

-13-

1   name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate

2   remedy at law.

### FOURTH CAUSE OF ACTION
### INJURY TO BUSINESS REPUTATION AND
### DILUTION UNDER CALIFORNIA LAW
### (CAL. BUS. & PROF. CODE §14247)

6       41.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

7   1 through 40 of this Complaint.

8       42.    Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL

9   PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, is

10  likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive

11  quality of the INTEL mark and trade name in violation of the California Business and Professions

12  Code §14247.

13      43.    Americas News Intel willfully intended to trade on Intel's image and reputation and to

14  dilute the INTEL trademark, acted with reason to know, or was willfully blind as to the consequences

15  of its actions.

16      44.    Americas News Intel's wrongful acts have caused and will continue to cause Intel

17  irreparable harm.  Intel has no adequate remedy at law for Americas News Intel's dilution.

18      45.    Intel is therefore entitled to a judgment enjoining and restraining Americas News Intel

19  from engaging in further acts of dilution pursuant to California Business and Professions Code §

20  14247.

### FIFTH CAUSE OF ACTION
### INFRINGEMENT UNDER CALIFORNIA LAW
### (CAL. BUS. & PROF. CODE § 14245)

24      46.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

25  1 through 45 of this Complaint.

26      47.    Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL

27  PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, in

28  connection with the sale, offering for sale, distribution or advertising of its products and services is

-14-

1  likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services

2  in violation of California Business and Professions Code § 14245.

3      48.     Upon information and belief, Americas News Intel's infringement has been with

4  knowledge of Intel's rights.

5      49.     Intel has been, is now, and will be irreparably injured and damaged by Americas News

6  Intel's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its

7  name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate

8  remedy at law.

9                          **SIXTH CAUSE OF ACTION**
                      **COMMON LAW PASSING OFF**
10                        **AND UNFAIR COMPETITION**

11      50.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs

12  1 through 49 of this Complaint.

13      51.     Americas News Intel's unauthorized use of the AMERICAS NEWS INTEL

14  PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks,

15  constitutes passing off and unfair competition of the INTEL mark in violation of the common law of

16  California.

17      52.     Americas News Intel's wrongful acts have caused and will continue to cause Intel

18  irreparable harm.  Intel has no adequate remedy at law.

19      53.     Intel is entitled to a judgment enjoining and restraining Americas News Intel from

20  engaging in further acts of infringement and unfair competition.

21                         **SEVENTH CAUSE OF ACTION**
22                          **UNFAIR COMPETITION**
                      **(CAL. BUS & PROF. CODE § 17200)**
23

24      54.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1

25  through 53 of this Complaint.

26      55.     Americas News Intel's acts described above constitute unfair competition in violation

27  of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

28
                                    -15-

56.     Americas News Intel's acts of unfair competition have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for Americas News Intel's unfair competition.

57.     Intel is entitled to a judgment enjoining and restraining Americas News Intel from engaging in further unfair competition.

**EIGHTH CAUSE OF ACTION**
**FEDERAL CYBERSQUATTING**
**(15 U.S.C. § 1125(D))**

58.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 57 of this Complaint.

59.     Americas News Intel registered the http://www.latinintel.com and http://latinintel-tc.com domain names.

60.     Americas News Intel registered and/or used the http://www.latinintel.com and http://latinintel-tc.com domain names with a bad-faith intent to profit from Intel's INTEL trademark.

61.     The http://www.latinintel.com and http://latinintel-tc.com domain names are identical or confusingly similar to Intel's INTEL trademark, and/or dilutive of Intel's INTEL trademark. Intel's INTEL trademark is both distinctive and famous.

62.     Intel's INTEL trademark was both distinctive and famous at the time of Americas News Intel's registration of the http://www.latinintel.com and http://latinintel-tc.com domain names.

63.     Americas News Intel's registration and/or use of the http://www.latinintel.com and http://latinintel-tc.com domain names constitutes cyberpiracy in violation of the 15 U.S.C. § 1125(d).

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**PRAYER FOR RELIEF**

WHEREFORE, Intel prays for relief as follows:

1.      Entry of an order and judgment requiring that Americas News Intel and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Americas News Intel and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2.      A judgment ordering Americas News Intel, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Americas News Intel has complied with the injunction, ceased all sales of goods and services under the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, as set forth above;

3.      A judgment ordering Americas News Intel, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Americas News Intel or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the AMERICAS NEWS INTEL PUBLISHING trade name, and LATIN INTEL and LATIN INTEL TRADE CENTER trademarks, both alone and in combination with other words or terms;

-17-

4.     A judgment ordering Americas News Intel to take all steps necessary to cancel any trademark application or registration it may have in the U.S., if any;

5.     A judgment ordering Americas News Intel to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, the http://www.latinintel.com and http://latinintel-tc.com domain names, and any other domain name including the word INTEL in Americas News Intel's possession or control, and to remove all references to INTEL from all of its other websites, if any;

6.     A judgment in the amount of Intel's actual damages, Americas News Intel's profits, Intel's reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

7.     A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under state law as appropriate; and

8.     A judgment granting Intel such other and further relief as the Court deems just and proper.

Dated:  October 23, 2009

Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

By:  _Matthew A. Stratton_____
         Matthew A. Stratton

Attorneys for Plaintiff
INTEL CORPORATION

-18-

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  October 23, 2009

Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

By: _____
Matthew A. Stratton

Attorneys for Plaintiff
INTEL CORPORATION

-19-

Prior U.S. Cl.: 21

United States Patent and Trademark Office

Reg. No. 914,978

10-Year Renewal

Registered June 15, 1971

Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-325,488, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 938,772

Registered July 25, 1972

Renewal Term Begins July 25, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 26 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

## EXHIBIT B

Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 939,641

Registered Aug. 1, 1972

Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

## EXHIBIT C

Prior U.S. Cl.   , 26



# United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.  95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

**EXHIBIT D**

Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office    Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST    USE   8-1-1973;   IN   COMMERCE
8-1-1973.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,931, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990, IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990, IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990, IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990, IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990, IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990, IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT F

Int. Cls.: 18, 2    d 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,171,778
Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950521119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,971,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT H

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,194,121
Registered Oct. 6, 1998

TRADEMARK
PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950524119

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, JOURNALS, OPERATING MANUALS, USERS GUIDES, PAMPHLETS, AND BROCHURES ABOUT, FOR USE WITH AND DIRECTED TO USERS OF, COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS; COMPUTER SYSTEM TOOLS; COMPUTER SYSTEM UTILITIES; COMPUTER APPLICATION SOFTWARE; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; COMPUTER COMPONENTS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; AND COMPUTER HARDWARE AND SOFTWARE FOR DEVELOPMENT, TESTING, PROGRAMMING, AND PRODUCTION OF HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38, AND 50).

FIRST USE 3-0-1969; IN COMMERCE 3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324, 1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT I

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 2,251,962
Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY, CHARMS, CUFF LINKS, EARRINGS, KEY CHAINS, NECKLACES, BRACELETS, NECK-TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-PHIES AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 10-0-1990; IN COMMERCE 10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT J

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,961
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT K

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

United States Patent and Trademark Office

Reg. No. 2,250,491
Registered June 1, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT L

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,254,525

Registered June 15, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-971,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT M

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,261,531
Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS

TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT N

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,276,580
Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT O

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS AND ELECTRONIC APPARATUS
FOR USE WITH COMPUTERS; KEYBOARDS;
TRACKBALLS; COMPUTER MOUSE DEVICES;
COMPUTER INPUT DEVICES; COMPUTER MONI-
TORS; VIDEO APPARATUS; VIDEO CIRCUIT
BOARDS; APPARATUS AND EQUIPMENT FOR
RECORDING, PROCESSING, RECEIVING, REPRO-
DUCING, TRANSMITTING, MODIFYING, COM-
PRESSING, DECOMPRESSING, BROADCASTING,
MERGING AND/OR ENHANCING SOUND, VIDEO
IMAGES, GRAPHICS, AND DATA; ALGORITHM
SOFTWARE PROGRAMS FOR THE OPERATION
AND CONTROL OF COMPUTERS; COMPUTER
COMPONENT TESTING AND CALIBRATING
ELECTRONIC UNITS; SET-TOP BOXES, NAMELY,
ELECTRONIC CONTROL BOXES FOR THE INTER-
FACE AND CONTROL OF COMPUTER AND GLO-
BAL COMPUTER NETWORKS WITH TELEVISION
AND CABLE BROADCAST EQUIPMENT, TELE-
CONFERENCING EQUIPMENT, AND VIDEO CON-
FERENCING EQUIPMENT, COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING REPRODUCING, TRANSMITTING, MOD-
IFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND USING THE GLOBAL COMPUTER NET-
WORK; TELECOMMUNICATIONS APPARATUS
AND INSTRUMENTS; APPARATUS AND EQUIP-
MENT FOR USE IN VIDEO-CONFERENCING, TEL-
ECONFERENCING, DOCUMENT EXCHANGE
AND EDITING; CAMERAS AND DIGITAL CAM-
ERAS FOR USE WITH COMPUTERS; HEADSETS
FOR USE WITH COMPUTERS, COMPUTER SOFT-
WARE, TELECONFERENCING EQUIPMENT AND
VIDEO CONFERENCING EQUIPMENT; PARTS,
FITTINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANUALS
FOR USE WITH, AND SOLD AS A UNIT WITH, ALL
THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCH 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,493, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

## EXHIBIT P

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

# EXHIBIT Q

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

## United States Patent and Trademark Office

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION AND REPAIR SERVICES; MAINTENANCE OF HARDWARE FOR LOCAL AND WIDE AREA COMPUTER NETWORKS; MAINTENANCE OF HARDWARE FOR INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; MAINTENANCE FOR HARDWARE FOR RECEIPT, DISPLAY AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; MAINTENANCE OF HARDWARE FOR INTERACTIVE AND NON-INTERACTIVE WEB PAGES FOR THE GLOBAL COMPUTER NETWORK FOR OTHERS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES AND SEMINARS IN THE FIELDS OF COMPUTERS, TELECOMMUNICATIONS, AND COMPUTER NETWORKING, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; DEVELOPMENT, PUBLISHING AND DISSEMINATION OF EDUCATIONAL MATERIALS IN THE FIELDS OF COMPUTERS, TELECOMMUNICATIONS AND COMPUTER NETWORKING FOR OTHERS; INTERACTIVE AND NON-INTERACTIVE COMPUTER EDUCATION TRAINING SERVICES; PROVIDING INFORMATION VIA GLOBAL COMPUTER NETWORK IN THE FIELDS OF EDUCATION AND ENTERTAINMENT; PROVISION OF INTERACTIVE AND NON-INTERACTIVE ELECTRONIC INFORMATION SERVICES IN THE FIELDS OF EDUCATION AND ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COMPUTER DIAGNOSTIC SERVICES; MAINTENANCE AND UPDATING OF COMPUTER SOFTWARE; PROVIDING OTHERS WITH ACCESS TO INTERACTIVE AND NON-INTERACTIVE BROADCAST VIDEO, AUDIO AND DIGITAL DATA SIGNALS; PROVISION OF INTERACTIVE AND NON-INTERACTIVE ELECTRONIC INFORMATION SERVICES ON A WIDE VARIETY OF TOPICS; DEVELOPMENT OF LOCAL AND WIDE AREA COMPUTER NETWORKS FOR OTHERS; DEVELOPMENT OF AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS FOR OTHERS; DEVELOPMENT OF COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS FOR OTHERS; LEASING ACCESS TIME TO COMPUTER DATA BASES IN THE NATURE OF COMPUTER BULLETIN BOARDS IN A WIDE VARIETY OF FIELDS; COMPUTER WEB SITE DESIGN SERVICES; COMPUTER SOFTWARE DESIGN FOR OTHERS; DEVELOPMENT OF INTERACTIVE AND NON-INTERACTIVE WEB PAGES FOR THE GLOBAL COMPUTER NETWORK FOR OTHERS; COMPUTER PROGRAMMING SERVICES; PROVIDING ON-LINE NEWSPAPERS, MAGAZINES, INSTRUCTIONAL MANUALS IN THE FIELDS OF TECHNOLOGY, ENTERTAINMENT, EDUCATION AND BUSINESS; DEVELOPMENT, MAINTENANCE, AND PROVISION OF INTERACTIVE AND NON-INTERACTIVE ELECTRONIC BULLETIN BOARDS SERVICES IN THE FIELDS OF ENTERTAINMENT AND EDUCATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT R

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,742,174

## United States Patent and Trademark Office

Registered July 29, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

## EXHIBIT S

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCESSOR CARTRIDGES; INTERNET AND WEB SERVERS; INTERNET AND WEB CACHING SERVERS; WIRELESS AND REMOTE COMPUTER PERIPHERALS; COMPUTER HARDWARE AND SOFTWARE FOR ENABLING WEB PORTALS; COMPUTER HARDWARE AND SOFTWARE FOR DIGITAL ENCRYPTION, IDENTIFICATION AND CERTIFICATION; COMPUTER HARDWARE AND SOFTWARE TO ENABLE REMOTE ENCRYPTED NETWORKING; COMPUTER HARDWARE AND SOFTWARE TO ENABLE SECURE DATA TRANSMISSION VIA NETWORKS, THE INTERNET AND WORLD WIDE WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES, NAMELY, WEB DESIGN AND DEVELOPMENT SERVICES; INTERNET AND WEB DATA SERVICES, NAMELY DIGITAL IDENTIFICATION AND CERTIFICATION SERVICES; APPLICATION SERVICE PROVIDER SERVICES, NAMELY HOSTING COMPUTER SOFTWARE APPLICATIONS OF OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# EXHIBIT T

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**Reg. No. 3,136,102**

## United States Patent and Trademark Office

Registered Aug. 29, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

# EXHIBIT U

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,173,391

Registered Nov. 21, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

# EXHIBIT V

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office       Reg. No. 1,705,796
                                                 Registered Aug. 4, 1992

TRADEMARK
PRINCIPAL REGISTER

INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
  RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
    OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

EXHIBIT W

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,179,209

Registered Aug. 4, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR

MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,497,572

## United States Patent and Trademark Office

Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-

FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999; REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

# EXHIBIT Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,756,697

United States Patent and Trademark Office

Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30008966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

## EXHIBIT Z

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,784,975
Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVAISKY, EXAMINING ATTORNEY

**EXHIBIT AA**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,724,913

## United States Patent and Trademark Office

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES; NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

## EXHIBIT BB

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,869,653

United States Patent and Trademark Office

Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO PROCESS HOST MEDIA TASKS ON SERVERS; SWITCHES; ROUTERS; MEZZANINE CARDS; PROCESSOR BOARDS; VPN GATEWAYS; PBX INTEGRATION BOARDS; COMPUTER HARDWARE AND SOFTWARE TO TRANSLATE CALL AND CONNECTION CONTROL SIGNALS; SWITCHING HARDWARE DESIGNED TO ROUTE CALLS FROM ONE NETWORK RESOURCE TO ANOTHER; XML ACCELERATORS; NETWORKING HARDWARE FOR MANAGING TRAFFIC AND LOAD BALANCING FOR WEBSITES AND E-COMMERCE SITES, AND ACCELERATING TRANSACTIONS; VOICE OVER IP (VOIP) INTERFACE BOARD; CIRCUIT BOARDS; COMPUTER SOFTWARE FOR PROVIDING NETWORK ACCESS; COMPUTER HARDWARE FOR WIRELESS APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

# EXHIBIT CC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,911,320

United States Patent and Trademark Office    Registered Dec. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE; ROUTERS; HUBS; SERVERS; SWITCHES; INTEGRATED CIRCUITS; COMPUTER FIRMWARE, NAMELY COMPUTER OPERATING SYSTEMS SOFTWARE; FIXED FUNCTION SERVERS; COMPUTER NETWORKING HARDWARE; SEMICONDUCTOR DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR CREATING, FACILITATING, AND MANAGING REMOTE ACCESS TO AND COMMUNICATION WITH LOCAL AREA NETWORKS (LANS), VIRTUAL PRIVATE NETWORKS (VPN), WIDE AREA NETWORKS (WANS) AND GLOBAL COMPUTER NETWORKS; ROUTER, SWITCH, HUB AND SERVER OPERATING SOFTWARE; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; APPLICATION SOFTWARE, NAMELY, COMPUTER COMMUNICATIONS SOFTWARE, INTER-NET-WORK ACCESS AND APPLICATION MANAGEMENT SOFTWARE, NETWORK MANAGEMENT SOFTWARE, PROTOCOL TRANSLATION SOFTWARE, AND TELECONFERENCING SOFTWARE; COMPUTER SOFTWARE TOOLS FOR THE FACILITATION OF THIRD PARTY SOFTWARE APPLICATIONS; COMPUTER NETWORK ADAPTERS; COMPUTER HARDWARE AND SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS; REMOTE ACCESS SERVERS, REMOTE ACCESS ADAPTERS, REMOTE ACCESS SOFTWARE, AND REMOTE ACCESS GATEWAYS; NETWORKING EQUIPMENT, NAMELY, DIGITAL LOOP CARRIERS, MULTIPLEXERS, OPTICAL TRANSMITTERS, FIBER OPTIC TERMINALS; AND MANUALS SOLD AS A UNIT AND DOWNLOADABLE FROM A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SN 75-859,872, FILED 11-29-1999.

TRICIA THOMPKINS, EXAMINING ATTORNEY

## EXHIBIT DD

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,349,705

Registered Dec. 4, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**EXHIBIT EE**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,532,588
Registered Nov. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER

AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

OWNER OF U.S. REG. NOS. 939,641, 2,446,693,
AND OTHERS.

SN 78-867,552, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

EXHIBIT FF

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,580,552
Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL VPRO

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER
AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND

COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM; ALL OF THE AFOREMENTIONED SOFT-
WARE EXCLUDING DATA ACQUISITION
SOFTWARE SPECIFICALLY RELATED TO INDUS-
TRIAL, MANUFACTURING, SCIENTIFIC AND
OTHER APPLICATIONS WHERE PHYSICAL MEA-
SUREMENTS SUCH AS TEMPERATURE, WEIGHT,
LEVEL, VELOCITY, VOLTAGE, CURRENT AND
FREQUENCY ARE CONVERTED TO AN ELECTRI-
CAL SIGNAL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30603769.6,
FILED 1-18-2006, REG. NO. 30603769, DATED 1-19-
2006, EXPIRES 1-31-2016.

OWNER OF U.S. REG. NOS. 939,641, 2,171,778,
AND 2,446,693.

SER. NO. 78-867,548, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

EXHIBIT GG



**State of California**

## SECRETARY OF STATE

Trademark Reg. No. 63565      Class No. 9      Renewal No. 16828

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**    2200 Mission College Blvd.  Santa Clara, CA  95052
**Date First Used in California:**    March 11, 1969
**Date First Used Anywhere:**    March 11, 1969
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
**Date of Registration:**    May 15, 1981
**Term of Registration Extends to and Includes:**    May 15, 2011



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th **day** of May, 2001

BILL JONES
Secretary of State

NP-24 A (Rev. 1-98)                                                   OSP 99 21639

EXHIBIT HH



## State of California

## SECRETARY OF STATE

**Trademark Reg. No.** 94220        **Class No.** 16        **Renewal No.** 16856

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**   Intel Corporation
**Business Address:**   2200 Mission College Blvd.  Santa Clara, CA  95052
**Date First Used in California:**   August 1, 1973
**Date First Used Anywhere:**   August 1, 1973
**Description of Trademark:**   Intel
**Description of Goods on Which the Trademark is Used:**   Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
**Date of Registration:**   June 18, 1991
**Term of Registration Extends to and Includes:**   June 18, 2011

**IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001**



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)                                                                 OSP 99 21639

EXHIBIT II



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 94221    Class No. 9    Renewal No. 16857

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd. Santa Clara, CA 95052
Date First Used in California:    March 11, 1969
Date First Used Anywhere:    March 11, 1969
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Integrated circuits, registers, and semiconductor memories
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

EXHIBIT JJ